No. 82–1663. FLEISCHMANN, TRUSTEE *v.* WETHERSFIELD PLANNING AND ZONING COMMISSION ET AL. Appeal from App. Sess., Super. Ct. Conn., Hartford-New Britain

Jud. Dist., dismissed for want of substantial federal question.